# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 17, 2022

## NO.  03-21-00225-CR

**Daniel Wayne Bennett, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgments of conviction entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal.  However, there was error in the judgments that requires correction. Therefore, the Court modifies the trial court's judgments to reflect that appellant was convicted in Tom Green County.  The judgments, as modified, are affirmed.  Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.